**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*September 11, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| vs. | § § | CRIMINAL NO. |
| **BOBBY CHARLES LEE, SR.,** | § § | **4:24-cr-480** |
| Defendant. | § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Conspiracy)**

In or around March 2024, within the Southern District of Texas and elsewhere,

**BOBBY CHARLES LEE, SR.,**

defendant herein, did knowingly combine, conspire, confederate, and agree with other persons known and unknown to the grand jury to pass and utter counterfeit obligations and securities of the United States, to wit: a U.S. Treasury Check, with intent to defraud, in violation of Title 18, United States Code, Section 472.

In furtherance of the conspiracy, and to effect the objects thereof, the defendant performed and caused to be performed, among others, the overt act set forth in Count Two of this Indictment, hereby re-alleged and incorporated as if fully set forth in this Count of the Indictment.

**In violation of Title 18, United States Code, Section 371.**

1

## COUNT TWO
### (Passing and Uttering Counterfeit Obligations and Securities of the United States)

On or about March 7, 2024, within the Southern District of Texas and elsewhere,

**BOBBY CHARLES LEE, SR.,**

defendant herein, with intent to defraud, intentionally and knowingly passed and uttered, to Hancock Whitney Bank, a falsely made, forged, and counterfeit United States Treasury check in the amount of $2,322,149.52.

**In violation of Title 18, United States Code, Section 472.**

## COUNTS THREE AND FOUR
### (Engaging in Monetary Transactions in Criminally Derived Property)

On or about the dates identified below, within the Southern District of Texas and elsewhere,

**BOBBY CHARLES LEE, SR.,**

defendant herein, did knowingly engage and attempt to engage in monetary transactions affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, the withdrawal of funds from the financial institution below, such property having been derived from a specified unlawful activity, that is, passing and uttering of counterfeit obligations and securities of the United States.

| Count | Date | Monetary Transactions |
|---|---|---|
| 3 | March 18, 2024 | Withdrawal of approximately $68,000.00 on deposit in Hancock Whitney Bank Account x6343 to fund purchase of cashier's check made payable to "Belinda Lee" |

| Count | Date | Monetary Transactions |
|---|---|---|
| 4 | March 18, 2024 | Withdrawal of approximately $117,788.30 on deposit in Hancock Whitney Bank Account x6343 to fund purchase of cashier's check made payable to "Central Houston Cadillac" |

**In violation of Title 18, United States Code, Section 1957.**

## NOTICE OF FORFEITURE
### (18 U.S.C. § 982(a)(2))

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives notice to defendant that in the event of his conviction of the offenses charged in Counts One and Two of this Indictment, all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, is subject to forfeiture.

## NOTICE OF FORFEITURE
### (18 U.S.C. § 982(a)(1))

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives the defendant notice that in the event of his conviction of the offenses charged in Counts Three and Four of this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

**Property Subject to Forfeiture**

The property subject to forfeiture includes, but is not limited to, the following:

1. $2,090,565.76 seized from Hancock Whitney Account x6343 in the name of BCL Petroleum Group Inc.;

2. $1,304.74 seized from Hancock Whitney Account x1068 in the name of Bobby Charles Lee;

3. $48,502.45 seized from Shell Federal Credit Union Account x3645, Account ID 0000 in the name of Belinda Carol Lee;

4. $1,162.32 seized from Shell Federal Credit Union Account x3465, Account ID 0052 in the name of Belinda Carol Lee; and

5. 2024 Cadillac Escalade, VIN # 1GYS4BKL2RR142689.

**Money Judgment and Substitution Assets**

Defendant is notified that upon conviction, the United States will seek a money judgment. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment against the defendant.

A True Bill:

Original Signature on File
Grand Jury Foreperson

ALAMDAR S. HAMDANI
United States Attorney

By: _____
Stephanie Bauman
Kim Leo
Assistant United States Attorneys
713-567-9000